UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-02140-RGK-JPR | Date | August 16, 2021 |
|---|---|---|---|
| Title | *Marina Jackson v. Lowes Home Centers, LLC* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

On June 26, 2020, Plaintiff Marina Jackson ("Plaintiff") filed a form complaint in the Superior Court of California, County of Los Angeles, against Lowe's Home Centers ("Lowes"), twenty unnamed Doe defendants, and two other defendants that have since been dismissed from this case. (ECF No. 1-1.) Lowes answered Plaintiff's complaint on October 13, 2020 (EFC No. 1-2), and on January 26, 2021, Plaintiff amended her complaint, substituting Doe 1 with Divisions, Inc. ("Divisions") (ECF No. 1-4). On March 9, 2021, Lowes removed this case to federal court. (ECF No. 1.)

On July 8, 2021, the Court issued an order granting Plaintiff leave to file an amended complaint to update her form pleading and to add Divisions as a defendant by July 20, 2021. (ECF No. 15.) Instead of filing an appropriate pleading, however, Plaintiff filed notice of proof of service that shows that she served Divisions with the original form complaint and amendment on March 18, 2021. (ECF No. 16.) Despite being served on March 18, Divisions filed an answer to Plaintiff's complaint on August 9, 2021—almost five months later. (ECF No. 17.) Divisions' answer also includes what appears to be a third-party complaint against Brightview Holdings, Inc., Brightview Landscape Services, Inc., and Rich Meier's Landscaping (collectively, "Third-Party Defendants"). However, the proof of service attached to Divisions' answer does not demonstrate that the Third-Party Defendants have been served with a third-party complaint.

Given the numerous procedural defects in this case, the Court **ORDERS** the parties to do the following:

1. Plaintiff must file an appropriate pleading that complies with the requirements of this Court's Standing Order, (ECF No. 7), and that makes no substantive amendments except to substitute Doe 1 with Divisions, Inc. as a defendant. Plaintiff's failure to comply **by August 23, 2021** will result in the case's dismissal.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-02140-RGK-JPR | Date | August 16, 2021 |
|---|---|---|---|
| Title | *Marina Jackson v. Lowes Home Centers, LLC* | | |

2. Defendant Divisions must show good cause, in writing, **by August 23, 2021** as to (1) why Divisions filed an answer almost five months after being served with the form complaint and amendment; (2) why Divisions filed a third-party complaint almost five months after being served with the form complaint and amendment, without seeking leave from the Court; and (3) why Divisions failed to serve the Third-Party Defendants.

**IT IS SO ORDERED.**

_____  :  _____